PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Ramell Brown Webster</u>    Case Number: <u>3:08-00258</u>

Name of Judicial Officer: <u>Honorable Thomas A. Wiseman Jr., Senior United States District Judge</u>

Date of Original Sentence: <u>December 7, 2009</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) & 924 Convicted Felon in Possession of Firearm</u>

Original Sentence: <u>52 months' custody followed by three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>    Date Supervision Commenced: <u>October 11, 2013</u>

Assistant U.S. Attorney: <u>To be determined</u>    Defense Attorney: <u>Sumter L. Camp</u>

---

**THE COURT ORDERS:**

☑ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _14th_ day of _January_, 2014,
and made a part of the records in the above case.

_____
U.S. District Judge **SHARP**

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_____
Kimberly Haney
U.S. Probation Officer

Place    Nashville, Tennessee

Date    January 10, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance.**

   On December 12, 2013, Mr. Webster tested positive for marijuana use.

   Mr. Webster reported to the probation office on December 12, 2013, as instructed, as part of the random drug testing program. He submitted a urine specimen which tested positive for marijuana. Mr. Webster denied use. The specimen was sent to the laboratory for confirmation and was confirmed positive for marijuana.

2.   **The defendant shall refrain from any unlawful use of a controlled substance.**

   On December 30, 2013, Mr. Webster tested positive for marijuana use.

   Mr. Webster reported to the probation office on December 30, 2013, as instructed, as part of the random drug testing program. He submitted a urine specimen which tested positive for marijuana. The specimen was sent to the laboratory for confirmation and was confirmed positive for marijuana.


**Compliance with Supervision Conditions and Prior Interventions:**

Ramell Brown Webster began his term of supervised release on October 11, 2013. His term of supervision is scheduled to expire on October 10, 2016. Mr. Webster is employed through Automation Personnel Services, Inc.

On December 17, 2013, the probation officer spoke with Mr. Webster via telephone to advise his drug test results were confirmed positive at the laboratory. Mr. Webster adamantly denied use. He advised that he and his girlfriend had attended a party, but he had not used any illegal drugs. The probation officer advised Mr. Webster that he would have to attend substance abuse treatment at Centerstone. The probation officer spoke with Mr. Webster on January 10, 2014, and he continues to deny using any illegal drugs.

Mr. Webster was referred to Centerstone Mental Health for a substance abuse treatment assessment on October 16, 2013, upon the start of his term of supervised release. The assessment was conducted on October 30, 2013, and no treatment was recommended. However, in light of the recent positive drug tests for marijuana on December 12 and December 30, 2013, Mr. Webster will participate in outpatient substance abuse treatment at Centerstone.

## U.S. Probation Officer Recommendation:

At this time, the probation officer is respectfully recommending no additional action by the Court.

It is recommended Mr. Webster continue on supervised release with increased monitoring by the probation officer to allow participation in the substance abuse program at Centerstone Mental Health Center. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.


Approved: _____
               Britton Shelton
               Supervisory U.S. Probation Officer